<u>IN THE DISTRICT COURT OF MARYLAND FOR ALLEGANY COUNTY</u>

A F F I D A V I T   O F   P L A I N T I F F

(STATE OF MARYLAND)

Plaintiff, Arthur Collier-Robinson, says as follows:

(1) I am the Plaintiff in this Civil proceeding;

(2) I believe this civil complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law;

(3) I have personally prepared the above entitled civil complaint, and all allegations are based upon personal knowledge, information and belief and formed after reasonable inquiry;

(4) I believe that this civil complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

(5) I have filed this Complaint in good faith solely for the purposes set forth in it.

(6) Each and every exhibit I have provided, which are attached to the Complaint are a True and correct copy of the original.

(7) I have filed this lawsuit no earlier than 30 days passing from the time I initially reached out to the Defendant(s) to try to resolve this matter without getting the Court involved, and I was unable to resolve this matter informally.

Pursuant to 28 USC 1746(2), I Arthur Collier-Robinson do hereby state under penalty of perjury that the foregoing is true, correct and accurate and based upon personal knowledge.

*[signature]*