**CAWLEY & BERGMANN, LLP**
117 Kinderkamack Road, Suite 201 River Edge, NJ 07661
TELEPHONE: 855-650-0323 FAX: 201-944-5459

August 22, 2014

| | |
|---|---|
| Creditor: | Cavalry SPV I, LLC |
| File Number: | [redacted] |
| Account Number: | [redacted] |
| Original Creditor: | Synchrony Bank/Home Design Strategic |
| Account Balance: | $3,303.71 |

*[handwritten annotations: "N201 - N204", "DOES NOT EXIST per call w/ GEMB"]*

### AFFORDABLE OPTIONS TO RESOLVE THIS ACCOUNT!

This office has been retained to collect a debt owed by you to Cavalry SPV I, LLC.

| Single Payment Option: | 3 Month Payment Plan: | Balance in Full Payment Plan: |
|---|---|---|
| ➢ Take $825.93 off the balance.<br>➢ Pay $2,477.78 no later than 09/29/14.<br>➢ Your account will be considered "Settled in Full" after we post your payment.* | ➢ Take $495.56 off the balance.<br>➢ Pay over 3 equal monthly installments of $936.05.<br>➢ First Payment due no later than 09/29/14 and every 30 days thereafter.<br>➢ Your account will be considered "Settled in Full" after we post your final payment.* | ➢ Contact us to discuss an affordable monthly payment arrangement.<br>➢ Your account will be considered "Paid in Full" once the account reaches a zero balance. |

Unless you, the consumer, within thirty days after receipt of this notice, dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you, the consumer, notify us in writing within the thirty-day period that the debt, or any portion thereof, is disputed we will obtain verification of the debt or a copy of a judgment against you and a copy will be mailed to you by our office. Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

*Take advantage of one of these options to reduce your debt and financial worry!*

*Your payment must be received in our office within 37 days from the receipt of this letter, in good funds, or this offer will be null and void. Upon clearance of funds this debt will be considered settled in full.

This is an attempt to collect a debt, and any information obtained will be used for that purpose.

```
TRANSMISSION VERIFICATION REPORT

                            TIME   : 09/08/2014 15:29
                            NAME   :
                            FAX    :
                            TEL    :
                            SER.#  : F1J764774


DATE,TIME          09/08  15:28
FAX NO./NAME       2019445459
DURATION           00:00:34
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

Arthur Collier
PO BOX 293
CLARKSBURG, MD 20871

September 8, 2014

RE: COLLECTION LETTER ATTACHED
To the compliance and legal department.

I received a collection letter from Cawley & Bergmann, LLP for $3303.71 for "Synchrony Bank/Home Design Strategic".

I have no clue who that is, and have never had a debt with such company.

Payment is being refused. Do not call me, you are warned, I will sue you if you do.

You may communicate with me in writing only.

This is a refusal to pay. Should you proceed with collection activity, you will do so at your own peril.

Regards,

Arthur Collier
PO BOX 293
CLARKSBURG, MD 20871

September 8, 2014

RE: COLLECTION LETTER ATTACHED
**To the compliance and legal department.**

I received a collection letter from Cawley & Bergmann, LLP for $3303.71 for "Synchrony Bank/Home Design Strategic".

I have no clue who that is, and have never had a debt with such company.

Payment is being refused. Do not call me, you are warned, I will sue you if you do.

You may communicate with me in writing only.

This is a refusal to pay. Should you proceed with collection activity, you will do so at your own peril.

Regards,
Arthur Collier

hur Robinson
18 Notting Hill Drive
derick, MD 21704
█████

valry Portfolio Service
) Summit Lake Drive
halla, NY 10595

tober 1, 2014

: illegal trade line █████

whom it may concern:

as reviewing my credit file today from Experian, and noticed a derogatory trade placed onto my report from Synchrony Bank. ) not owe this $3304.00.

d not give your company permission to review my credit, or place a trade line onto is and respectfully request that you write :k to me and disclose your permission under the FCRA, and instruct the credit bureau to delete the trade as I do not owe ır company, nor any company any debt.

ill allow 30 days to respond to my request before I take further action.

ank you for your time and attention.

gards,
hur Robinson

file

*[signature]*

*[handwritten "Copy" notation]*

\[...\]ur Robinson
\[...\]8 Notting Hill Drive
\[...\]derick, MD 21704
\[...\]

\[...\]alry Portfolio Service
\[...\] Summit Lake Drive
\[...\]halla, NY 10595

\[...\]ember 1, 2014

\[...\]: illegal trade line on my report\[...\]

\[...\] legal counsel:

\[...\]d previously written a little over a month ago, in reaction to finding a derogatory trade on my credit report. I do not owe any \[...\]sumer debts to you, and have not been contacted by you about any "alleged debt", but yet I have a derogatory trade on my \[...\]dit report.

\[...\] SSN is \[...\] and DOB i\[...\]

\[...\]an to file suit in 30 days should you ignore my requests.

\[...\]ank you,

\[...\]ur Robinson

\[...\]: file

COPY

hur Robinson
48 Notting Hill Drive
:derick, MD 21704

Copy

valry Portfolio Services
0 Summit Lake Drive
lhalla, NY 10595

iy 1, 2015

:: trade line placed on my consumer report

whom it may concern:

ave written previously on 10/1/14, 12/1/14 and demanded that you remove a trade line you are reporting to the credit 'eaus.

o not owe your client $3304.00.

ave been paitent up until now regarding this matter, but my patience has run out.

u have 30 days with which to delete the trade line in question, or I shall file suit under the FCRA, FDCPA, TCPA and iryland Unfair and Deceptive Trades Practices Act.

u have been warned, govern yourselves accordingly.

gards,
hur Robinson