IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARTHUR ROBINSON | : |
| Plaintiff, | : |
| v. | : Case No. 1:16-cv-00240-ELH |
| CAVALRY PORTFOLIO SERVICES, LLC | : |
| Defendant. | : |

### ORDER

UPON CONSIDERATION of Defendant Cavalry Portfolio Services LLC's Motion to Extend Time to Respond to Plaintiff's Complaint, any opposition, and for good cause shown, it is this 1st day of Feb. 2016, hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that Cavalry Portfolio Services LLC shall have up to and including February 16, 2016 to file its response to the Plaintiff's Complaint.

Ellen L. Hollander
Judge, United States District Court for
the District of Maryland

Copies to all parties of record.