IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

| | |
|---|---|
| ARTHUR ROBINSON | * |
| Plaintiff, | * Case No. 16-cv-00240-ELH |
| vs. | * |
| CAVALRY PORTFOLIO SERVICES, LLC | * |
| Defendant. | * |

*Approved. The Clerk is directed to close this case*
*ELH*
*USDJ*
*5/26/16*

## MOTION TO DISMISS

COMES NOW the Plaintiff, Arthur Robinson, proceeding pro se, moves this Court to enter the above captioned matter as settled and dismissed, WITH PREJUDICE. All parties shall be responsible for payment of their own costs, expenses and attorney fees. Plaintiff has spoken with counsel for Defense, and this dismissal pursuant to Rule 41(a)(2) of the F.R.C.P. is not opposed.

Dated: May 20, 2016

Arthur Robinson, pro se Plaintiff
Fed. Reg. No. 07705-015
Federal Prison Camp
PO BOX 1000
Cumberland, MD 21501

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2016, I caused a true and correct copy of the Plaintiff's Motion to Dismiss and proposed Order to be mailed, via First Class U.S. Mail, postage pre-paid to the following persons:

Andrew M. Williamson, Esquire
Maurice Wutscher, LLP
199 E. Montgomery Ave
Suite 100
Rockville, MD 20850
Attorney for Defendant

Arthur Robinson, Plaintiff pro se
Fed. Reg. No. 07705-015
Federal Prison Camp
PO BOX 1000
Cumberland, MD 21501